UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNA BRYAN,<br><br>        Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, a Delaware corporation d/b/a MANCHESTER GRAND HYATT, and JANE DOE (Hyatt Spa Masseuse),<br><br>        Defendants. | Civil No. 08cv0182-IEG(BLM)<br><br>**ORDER SETTING TELEPHONIC, ATTORNEYS-ONLY CASE MANAGEMENT CONFERENCE** |

The Eastern District of Michigan recently transferred the above-captioned case to this district. In order to assess the status of the case and discuss scheduling, the Court hereby sets a Case Management Conference for **February 19, 2008** at **2:00 p.m.**, or as soon thereafter as the Court's calendar will allow. **Counsel shall appear telephonically.** The Court will initiate the conference call.

Parties are hereby warned that failure to comply with this Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: February 4, 2008

_Barbara L. Major_
BARBARA L. MAJOR
United States Magistrate Judge

```
 1  COPY TO:

 2  HONORABLE IRMA E. GONZALEZ
    UNITED STATES DISTRICT JUDGE
 3
    ALL COUNSEL AND PARTIES
 4
```