UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNA BRYAN, | Civil No. 08cv0182-IEG(BLM) |
| Plaintiff, | |
| v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE, SETTING RULE 26 COMPLIANCE AND ADDITIONAL CASE MANAGEMENT CONFERENCE** |
| HYATT CORPORATION, et al., | |
| Defendants. | |

On February 19, 2008 at 2:00 p.m. the Court held a telephonic, attorneys-only Case Management Conference. Appearing were Phillip Serafini on behalf of Plaintiff and Richard Joslin and Brian Rawers (the latter will be substituting in as counsel for Hyatt Corporation) on behalf of Defendants.

Based upon counsel's representations about the status of the case, the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26;

///

2.   The Rule 26(f) conference shall be completed on or before **March 11, 2008**;

3.   A joint discovery plan shall be <u>lodged</u> with Magistrate Judge Barbara L. Major on or before **March 18, 2008**;

4.   Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall occur on or before **March 25, 2008**; and,

5.   A Case Management Conference pursuant to Rule 16(b) shall be held on **April 1, 2008** at **11:30 a.m.**, or as soon thereafter as the Court's calendar will allow, with the chambers of Magistrate Judge Major.  **Counsel shall appear telephonically.**  The Court will initiate the conference call.

Parties are hereby warned that failure to comply with this Order may result in the imposition of sanctions.  Additionally, failure to respond to discovery requests or to comply with the Federal Rules of Civil Procedure regarding discovery may result in the imposition of sanctions including monetary sanctions, evidentiary sanctions and the dismissal or default of your case.

**IT IS SO ORDERED.**

DATED:  February 20, 2008

_____
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE IRMA E. GONZALEZ
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES