**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Brian A. Rawers, SB# 123619
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for Defendant, HYATT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNA BRYAN,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corproation dba MANCHESTER GRAND HYATT, and JANE DOE (Hyatt Spa Massauese),<br><br>Defendants. | CASE NO. 2:07-cv-11955-GCS-VMM<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant, HYATT CORPORATION, herein substitute the Brian A. Rawers of LEWIS BRISBOIS BISGAARD & SMITH LLP, 550 West "C" Street, Suite 800, San Diego, CA 92101, as their attorneys of record in the place and stead of Richard Joslin, Jr. of COLLINS, EINHORN, FARRELL & ULANOFF, 4000 Towne Center, Suite 909, Southfield, Michigan 480751.

I consent to this substitution.

DATED:_____                                    COLLINS, EINHORN, FARRELL & ULANOFF

                                                     By _____
                                                        Richard Joslin, Jr.

4829-7976-3714.1
-1-
SUBSTITUTION OF ATTORNEY

| | | |
|---|---|---|
| DATED: MARCH 10, 2008 | | HYATT CORPORATION |
| | By | _[signature]_ |
| I accept this substitution. | | |
| DATED: Feb 26, 2008 | | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| | By | _[signature]_<br>Brian A. Rawers<br>Attorneys for Defendant<br>AMERICAN MASSAGE THERAPY and HYATT CORPORATION |

4829-7976-3714.1

-2-

SUBSTITUTION OF ATTORNEY

**FEDERAL COURT PROOF OF SERVICE**
Bryan v. Hyatt Corporation, et al. - File No. 2:07-cv-11955-GCS-VMM

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 10, 2008, I served the following document(s):

**SUBSTITUTION OF ATTORNEY**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Richard A. Joslin
Collins Einhorn Farrell & Ulanoff
4000 Towne Center, Suite 909
Southfield, MI 48075-1473

The documents were served by the following means:

[X]  (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 10, 2008, at San Diego, California.

Jonna Wilkinson