**SERAFINI, MICHALOWSKI, DERKAEZ & ASSOCIATES**
Phillip S. Serafini, SB# 45085
38600 Van Dyke Avenue, Suite 250
Sterling Heights, MI 48312
Telephone: (586) 264-3756
Attorney for PLAINTIFF

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Brian A. Rawers, SB# 123619
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006/Facsimile: (619) 233-8627
Attorneys for Defendants, AMERICAN MASSAGE THERAPY and HYATT CORP.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNA BRYAN,<br><br>        Plaintiff,<br><br>    v.<br><br>HYATT CORPORATION, a Delaware Corproation dba MANCHESTER GRAND HYATT, and JANE DOE (Hyatt Spa Massauese),<br><br>        Defendants. | CASE NO. 08CV0181-IEG(BLM)<br><br>**[PROPOSED] DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH FRCP 26(1)(e)** |

Plaintiff SALAH M. HASSANEIN ("HASSANEIN"), Defendant BANK OF AMERICA, N.A. ("BANK OF AMERICA") and Third Party Defendant RICHARD H. LINSDAY ("LINSDAY") (collectively "Parties"; singularly "Party") hereby submit the following proposed joint Discovery Plan and Scheduling Order.

1. **Fed.R.Civ.P. 26(f) Conference**: On March 11, 2008, the following Parties participated in a conference call to discuss all of the issues required by Fed.R.Civ.P. 26(f):

   *Attorneys for Plaintiff:*
   Phillip S. Serafini, SB# 45085
   Serafini, Michalowski, Derkaez & Associates
   38600 Van Dyke Avenue, Suite 250
   Sterling Heights, MI 48312

*Attorneys for Defendant:*
Brian A. Rawers
Lewis Brisbois Bisgaard & Smith, LLP
550 West "C" Street, Suite 800
San Diego, California 92101

2. **Fed.R.Civ.P. 26(f) Changes**: As changes need to be made to the times prescribed by the Federal Rules of Civil Procedure and the Local Rules of Practice, the following dates apply:

    a. **Fed.R.Civ.P. 26(a)(1) Initial Disclosures**: Initial disclosures shall be made by March 25, 2008, as ordered by the Court.

    b. **Discovery Cut-Off Date**: The Parties jointly propose October 30, 2008 the cut-off date for discovery.

    c. **Amending the Pleadings and Adding Parties**: All motions to amend the pleadings or to add parties shall be filed not later than June 1, 2008.

    d. **Fed.R.Civ.P. 26(a)(2) Disclosures (Experts)**: Disclosures concerning experts shall be made by July 30, 2008, 60 days before the discovery cut-off date. Disclosures concerning rebuttal experts shall be made by August 15, 2008.

    e. **Dispositive Motions**: The date for filing dispositive motions shall not be later than December 1, 2008. approximately 30 days after the discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

    f. **Pretrial Order**: The date for filing the joint pretrial order shall not be later than December 30, 2008. approximately 30 days after the cut-off date for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

///

3.  **Fed.R.Civ.P. 26(a)(3) Disclosures**: The disclosures required by Fed.R.Civ.P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

4.  **Extensions or Modifications of the Discovery Plan and Scheduling Order**: Any modifications or extensions of this Discovery Plan and Scheduling Order must be made to the Magistrate, and must comply fully with Local Rules.

5.  **Fed.R.Civ.P. 26(f)(2) Scope of Discovery**: Discovery should extend to the full extent allowed by the Federal Rules of Civil Procedure. Discovery should not be limited to any particular issues, and discovery should cover all issues that are subject of Plaintiff's Complaint and any or Defenses raised by the Parties.

6.  **Fed.R.Civ.P. 26(f)(3) Electronically Stored Information**: At the election of the producing Party, electronically stored information may be produced in printed form or electronic form. If electronically stored information is produced in electronic form, such information must be produced in a form in which the receiving Parties are reasonably able to view the produced information; notwithstanding the foregoing, the producing Party shall not be obligated to produce electronically stored information in the same form in which such electronically stored information was created or maintained. If electronically stored information is produced by the producing Party that requires the use of software not already or readily available (at no cost) to the receiving Party reasonably contemporaneous to the time of the production, the producing Party must: (i) to the extent permitted by the applicable software license, grant the receiving Party a limited license to software that will enable the receiving Party to view the electronically stored information, (ii) provide a reasonable time for the receiving Party to obtain software that will enable the receiving Party to view the electronically stored information, or (iii) make the electronically stored information available for inspection at the offices of the producing Party's counsel, at a mutually convenient time, with such time being during normal working hours and on contiguous dates. After inspecting electronically stored information, any inspecting Party shall have the option of requesting a printout of the electronically stored information.

7.  **Fed.R.Civ.P. 26(f)(4) Claims of Privilege or Protection as Trial-Preparation Material**: A Party claiming that any item within the scope of discovery is protected as either

1  privileged or as trial preparation material shall submit a detailed privilege log detailing the nature
2  of the privilege or the basis for the item's or items' protection as trial preparation material.
3      8.  **Fed.R.Civ.P. 26(f)(6) Orders**: Not applicable.
4      9.  **Settlement**: In accordance with Fed.R.Civ.P. 26(f), the Parties explored at length
5  settlement opportunities at the Rule 26(f) conference. All Parties agreed to potential mediation of
6  this claim, after initial written and oral discovery have been completed.
7      10. **Later-Appearing Parties**: A copy of this Discovery Plan and Scheduling Order
8  shall be served on any person who is hereafter added as a Party to this action within five days of
9  that later-appearing Party's first appearance. This Discovery Plan and Scheduling Order shall
10 apply to such later-appearing Part[y][ies], unless a stipulation of the Parties is approved by this
11 Court, or this Court, on motion for good cause shown, orders otherwise.

SERAFINI MICHALOWSKI DERJAEZ & ASSOCIATES

DATED:_____   By:_____
                               Phillip S. Serafini
                               Attorney for Plaintiff
                               GLENNA BRYAN


LEWIS BRISBOIS BISGAARD & SMITH LLP

DATED: March 18, 2008    By: /s/ Brian A. Rawers
                               Brian A. Rawers
                               Attorney for Defendants
                               AMERICAN MASSAGE THERAPY and HYATT CORP.


**IT IS SO ORDERED:**


DATED:_____   _____
                               BARBARA L. MAJOR
                               United States Magistrate Judge


4846-9615-7186.1                -4-
                              CAPTION

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

privileged or as trial preparation material shall submit a detailed privilege log detailing the nature of the privilege or the basis for the item's or items' protection as trial preparation material.

8.  **Fed.R.Civ.P. 26(f)(6) Orders**: Not applicable.

9.  **Settlement**: In accordance with Fed.R.Civ.P. 26(f), the Parties explored at length settlement opportunities at the Rule 26(f) conference. All Parties agreed to potential mediation of this claim, after initial written and oral discovery have been completed.

10. **Later-Appearing Parties**: A copy of this Discovery Plan and Scheduling Order shall be served on any person who is hereafter added as a Party to this action within five days of that later-appearing Party's first appearance. This Discovery Plan and Scheduling Order shall apply to such later-appearing Part[y][ies], unless a stipulation of the Parties is approved by this Court, or this Court, on motion for good cause shown, orders otherwise.

SERAFINI MICHALOWSKI DERJAEZ & ASSOCIATES

DATED: 3/17/08   By: _____
Phillip S. Serafini
Attorney for Plaintiff
GLENNA BRYAN

LEWIS BRISBOIS BISGAARD & SMITH LLP

DATED: 3/13/08   By: _____
Brian A. Rawers
Attorney for Defendants
AMERICAN MASSAGE THERAPY and HYATT CORP.

**IT IS SO ORDERED:**

DATED: _____
BARBARA L. MAJOR
United States Magistrate Judge

4846-9615-7186.1                  -4-
                                CAPTION