1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   Brian A. Rawers, SB# 123619
2  550 West "C" Street, Suite 800
   San Diego, California 92101
3  Telephone: (619) 233-1006
   Facsimile: (619) 233-8627
4
   Attorneys for Defendant HYATT CORPORATION
5

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

11 GLENNA BRYAN,                ) CASE NO. 08-cv-0182-IEG (BLM)
                                )
                Plaintiff,      ) **JOINT MOTION TO VACATE**
12                              ) **SETTLEMENT CONFERENCE**
       v.                       )
13                              )
   HYATT CORPORATION, a Delaware)
14 Corproation dba MANCHESTER GRAND)
   HYATT, and JANE DOE (Hyatt Spa )
15 Massauese),                  )
                                )
16              Defendants.     )

4828-8589-0818.1                    -1-
JOINT MOTION TO VACATE SETTLEMENT CONFERENCE

1     The parties, by and through their respective counsels, jointly submit this Motion to
2 Vacate Settlement Conference scheduled for September 5, 2008 at 9:30 a.m. The
3 motion is based on the following grounds: On Wednesday, August 27, 2008, counsel for
4 the parties settled the case in its entirety.

7 DATED: 8/29/08

                        SERAFINI MICHALOWSKI DERKACZ & ASSOCIATES

By _____
    Phillip S. Serafini
    Attorneys for Plaintiff
    GLENNA BRYAN

13 DATED: Sept 2, 2008     LEWIS BRISBOIS BISGAARD & SMITH, LLP

By _____
    Brian A. Rawers
    Attorneys for Defendant
    HYATT CORPORATION

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
Brian A. Rawers, SB# 123619
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for Defendant HYATT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNA BRYAN,<br><br>  Plaintiff,<br><br>  v.<br><br>HYATT CORPORATION, a Delaware Corproation dba MANCHESTER GRAND HYATT, and JANE DOE (Hyatt Spa Massauese),<br><br>  Defendants. | CASE NO. 08-cv-0182-IEG (BLM)<br><br>JOINT MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO VACATE SETTLEMENT CONFERENCE |

The parties, by and through their respective counsel, jointly submit the following Memorandum of Points and Authorities to the court in support of their Joint Motion to Vacate the Settlement Conference.

**I. DISCUSSION**

Pursuant to this court's previous orders, a settlement conference was scheduled in the above captioned case for September 5, 2008 at 9:30 a.m. On Wednesday, August 27, 2008 the parties settled the case. The parties are now in the process of finalizing documentation to memorialize the settlement, have the settlement and release agreement signed by their respective clients, and have a settlement check cut by the appropriate carrier in order to effectuate payment of the settlement to plaintiff and her counsel. As a result of this activity, there does not appear to be any need to hold a settlement conference on September 5, 2008, as the case has settled.

1  As such, the parties, by and through their attorneys, request that this court vacate
2  the September 5, 2008, settlement conference and set, approximately 45 days from that
3  date, a Settlement Disposition Conference. Assuming that the parties can conclude all
4  the paperwork to effectuate the settlement before that date, the parties would then file a
5  Joint Motion to Dismiss.

**II.  CONCLUSION**

7  Based on the above memorandum, the parties respectfully request that this court
8  vacate the settlement conference set for September 5, 2008 and set a Settlement
9  Disposition Conference approximately 45 days from that date.

DATED: 8/29/08

SERAFINI MICHALOWSKI DERKACZ & ASSOCIATES

By _____
Phillip S. Serafini
Attorneys for Plaintiff
GLENNA BRYAN

DATED: Sept 2, August 28, 2008

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By _____
Brian A. Rawers
Attorneys for Defendant
HYATT CORPORATION

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

4825-1685-7602.1                       -2-
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO VACATE SETTLEMENT CONFERENCE