UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNA BRYAN,<br><br>        Plaintiff,<br>v.<br><br>HYATT CORPORATION, et al.,<br><br>        Defendants. | Case No. 08cv0182-IEG (BLM)<br><br>**ORDER CONFIRMING SETTLEMENT, GRANTING JOINT MOTION AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL**<br><br>[Doc. No. 12] |

On September 3, 2008, the parties filed a joint motion notifying the Court that the case has settled and requesting that the September 5, 2008 settlement conference be vacated. Doc. No. 12. In light of this settlement, the joint motion is **GRANTED** and the settlement conference is hereby **VACATED**. The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and all parties, no later than **October 16, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing

timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **October 16, 2008**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **October 21, 2008** at **9:00 a.m.**

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

DATED: September 3, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE IRMA E. GONZALEZ
U.S. DISTRICT JUDGE

ALL COUNSEL

---

Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").